IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| REBECCA M. MOORE and | * | |
| LUPE WELBOURN, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | 3:14 CV- 00396- PLR-hbg |
| | * | |
| ALFA ALLIANCE | * | |
| INSURANCE CORP., | * | |
| | * | |
| Defendant. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Rebecca M. Moore and Lupe Welbourn, and the Defendant ALFA Alliance Insurance Corp., by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, stipulate to the **voluntary dismissal with prejudice** of the Plaintiffs' claims asserted against the Defendant in this action. Further, the parties have each agreed to waive the filing of a bill of costs.

WHEREFORE, premises, considered, the parties hereby stipulate and agree to the dismissal with prejudice of the claims against ALFA Alliance Insurance Corp. in this action and move for an entry of an Order dismissing all of the Plaintiff's claims against the Defendant with prejudice, with the parties to waive submission of a bill of costs.

APPROVED BY:

GILBERT, RUSSELL, MCWHERTER, SCOTT, AND BOBBITT, PLC

/s/ CLINTON H. SCOTT
CLINTON H. SCOTT  BPR#: 23008
101 N. Highland Ave.
Jackson, TN  38301
(731) 664-1340 [Telephone]
(731) 664-1540 [Fax]
cscott@gilbertfirm.com
*Attorney for Rebecca M. Moore and Lupe Welbourn*


LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

 /s/WILLIAM E. GODBOLD, III
WILLIAM E. GODBOLD, III   BPR#: 4565
Tallan Building
200 W. Martin Luther Boulevard, Suite 500
Chattanooga, TN 37402
(423) 424-3907 [Direct]
(423) 265-0214 [Firm]
(423) 266-5490 [Fax]
bill.godbold@leitnerfirm.com
*Attorney for ALFA Alliance Insurance Corp.*